LODGED

Arthur Almaguer
27085 Val Deane Way
Hemet, CA 92544
951-536-8420
NO FAX NO EMAIL

In Pro Se

10 OCT 18 PM 2: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Arthur Almaguer,

        Plaintiff,

  Vs.

Zwicker & Associates,
and Does 1 through 5 inclusive

        Defendants.

Case No. CV 10 - 07783

VIOLATION OF FAIR CREDIT REPORTING ACT

**DEMAND FOR JURY TRIAL**

COMPLAINANT, Arthur Almaguer, alleges as follows:

A. JURISDICTION AND PARTIES

1. At all times herein mentioned, Complainant, Arthur Almaguer, hereafter referred to as "ALMAGUER" was a resident of the County of Riverside, California.

2. ALMAGUER is informed and believes and on that basis alleges, that Defendants, Zwicker & Associates., hereafter referred to as "ZWICKER", was at all times herein mentioned is authorized to do business in the State of California.

1
**COMPLAINT**

3. Venue of this court is proper based on 15 USC 1681(p), as ALMAGUER has suffered damage as a result of violations by ZWICKER of the Fair Credit Reporting Act, as hereafter set forth.

### FIRST CLAIM FOR RELIEF
(Willful Non-Compliance)

4. On or about October 6, 2009, ZWICKER violated 15 USC 1681, by made an inquiry into ALMAGUER'S consumer credit report, without the knowledge or consent of ALMAGUER. ALMAGUER had not requested a report from ZWICKER for the purpose of extending credit, employment, insurance underwriting, or any other purpose allowed under this section. Further the inquiry violated 15 USC 1681 (b) on the basis that the inquiry was not made for any permissible purpose as enumerated in this section.

5. As a result of this unauthorized action by ZWICKER, ALMAGUER has suffered damage, and is entitled to damages of $1,000 pursuant to 15 USC 1681(n), per incident. This incident has occurred daily since October 6, 2009 to September 30, 2010, is total of 359 occurrences for a total of $359,000.

6. ALMAGUER further alleges that as a result of the damage he suffered as a result of ZWICKER's violation, ALMAGUER is entitled to punitive damages in the sum of $50,000.

7. ALMAGUER alleges that he is also entitled to reasonable costs, including attorney's fees for his damages suffered as a result of ZWICKER acts.

WHEREFORE, Complainant prays judgment against Defendant as hereinafter set forth.

### SECOND CLAIM FOR RELIEF
(Negligent Non-Compliance)

8. ALMAGUER realleges and incorporates by reference, as though fully set forth herein, the allegations contained in 1 through 7 of this Complaint.

2
**COMPLAINT**

9. ZWICKER negligent non-compliance with the provisions of 15 USC 1681 (O) resulted in damage to ALMAGUER. ALMAGUER is entitled to damages according to proof.

10. ALMAGUER alleges that he is also entitled to reasonable costs, including attorney's fees for his damages suffered as a result of ZWICKER's acts, pursuant to 15 USC 1681 (O).

WHEREFORE, Complainant prays as follows:

### As to the First Statement of Claim:

1. That Complainant be awarded $359,000 for the violation of the 15 USC 1681;
2. For punitive damages in the sum of $50,000;

### As to the Second Statement of Claim:

3. For damages according to proof;
4. For costs including reasonable attorney's fees;

### As to All Statement of Claims;

5. For such other and further relief that the court deems proper.

Dated: September 30, 2010

By _____[signature]_____
Arthur Almaguer, In Pro Se

## DEMAND FOR JURY TRIAL

Complainant moves this court pursuant to Fed.R.Civ.P. Rule 38 "Jury Trial of Right" and thereby demand a Jury Trial. The undersigned certifies that a copy hereof has been furnished to the parties listed in the Certificate of Service.

Dated: September 30, 2010

By: _____

Arthur Almaguer, In Pro Se

## VERIFICATION

I, Arthur Almaguer, am the Plaintiff in the above entitled action. I have read the foregoing Complaint. The facts stated therein are within my knowledge and are true and correct, except those matters stated on information and belief, and, as to those, I believe them to be true and correct. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of September 2010 at Hemet, California.

By: _____

Arthur Almaguer, In Pro Se

5

**COMPLAINT**